EXHIBIT 4



| (12) | United States Design Patent | (10) Patent No.: | US D659,481 S |
|---|---|---|---|
| | Tiemann | (45) Date of Patent: ** | May 15, 2012 |

(54) **DRAWER FOR HOLDING BEVERAGE CARTRIDGES**

(75) Inventor: **Frank R. Tiemann**, Madison Lake, MN (US)

(73) Assignee: **Nifty Home Products, Inc.**, Madison Lake, MN (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/389,306**

(22) Filed: **Apr. 8, 2011**

(51) LOC (9) Cl. ................................................. **07-06**
(52) U.S. Cl. ................................................. **D7/600.1**
(58) Field of Classification Search ..... D7/600.1–600.4, D7/701–708, 590; D3/306; 220/485; 211/181.1, 211/126.15, 126.11; D19/75, 77, 78, 83, D19/86, 92; 312/334.1, 330.1, 323, 334.27, 312/408, 410, 334.44; D6/510, 512, 574, D6/573, 458, 462, 432, 465, 436
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 921,694 | A | * | 5/1909 | Hall | 211/126.11 |
| D433,711 | S | * | 11/2000 | Andujar | D19/78 |
| D472,735 | S | * | 4/2003 | Haugen | D6/462 |
| D493,308 | S | * | 7/2004 | Nilsson et al. | D6/510 |
| 6,840,593 | B2 | * | 1/2005 | Remmers | 312/330.1 |
| D525,488 | S | * | 7/2006 | McWhorter | D7/590 |
| D547,094 | S | * | 7/2007 | Klein et al. | D6/462 |
| D628,444 | S | * | 12/2010 | Snider | D7/600.1 |
| D628,445 | S | * | 12/2010 | Snider | D7/600.1 |
| 2005/0205578 | A1 | * | 9/2005 | Yeh | 220/485 |

* cited by examiner

*Primary Examiner* — Terry Wallace
(74) *Attorney, Agent, or Firm* — Thomas J. Nikolai; Nikolai & Mersereau, P.A.

(57) **CLAIM**

The ornamental design for the "drawer for holding beverage cartridges," as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the drawer for holding beverage cartridges;
FIG. **2** is a perspective view thereof showing the drawer extended outward;
FIG. **3** is a front view thereof;
FIG. **4** is a top view thereof;
FIG. **5** is a side view thereof;
FIG. **6** is a rear view thereof;
FIG. **7** is a second side view thereof;
FIG. **8** is a bottom view thereof; and,
FIG. **9** is a rear perspective view thereof showing the drawer extended outward.

**1 Claim, 4 Drawing Sheets**





FIG. 1

FIG. 2



FIG. 3



FIG. 4

FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9

