# EXHIBIT 8

9/23/2014 Amazon.com: DecoBros K-cup Storage Drawer Holder for Keurig K-cup Coffee Pods: Kitchen Storage And Organization Product Accessories: ...

CASE 0:15-cv-01576-SRN-TNL Document 1-8 Filed 03/23/15 Page 2 of 7



Shop by Department | Search | Pretty Star | Go | Hello, Peter Your Account | Your Prime | 0 Cart | Wish List

Kitchen & Dining | Best Sellers | Small Appliances | Kitchen Tools | Cookware | Bakeware | Dining & Entertaining | Cutlery | Food Service | Gift Ideas

Home & Kitchen › Kitchen & Dining › Storage & Organization › Kitchen Storage & Organization Accessories



### DecoBros K-cup Storage Drawer Holder for Keurig K-cup Coffee Pods

by Deco Brothers

★★★★★ 2,539 customer reviews
| 31 answered questions

List Price: ~~$29.99~~
Price: **$16.87** ✓Prime
You Save: $13.12 (44%)

**In Stock.**
Sold by Pretty Star and Fulfilled by Amazon.

- USPTO Patent USD676715
- Holder for 36 Pods
- Sliding drawer with space saving design
- Easy to Clean, Rubber Mat absorbs vibrations
- Dimensions - 13-1/4-inch lenth by 12-1/2-inch width by 3-1/8-inch height

Roll over image to zoom in

Share ✉ f 🐦 📌

Qty: 1

[ Add to Cart ]

or 1-Click Checkout

[ Buy now with 1-Click® ]

Order within **7hr 20min** to get it:
Wed +3.99 | Thu Free

Ship to: Peter Nikolai- Minneapolis

☐ This is a gift

Add to Wish List
Add to Wedding Registry

**Sponsored by Other Brands**

Kaldi Single Cup Coffee/Tea Brewer, White
~~$189.95~~ $149.00

Advertisement

### Frequently Bought Together

 +  + 

Price for all three: **$41.14**

[Add all three to Cart] [Add all three to Wish List]

Show availability and shipping details

☑ **This item:** DecoBros K-cup Storage Drawer Holder for Keurig K-cup Coffee Pods $16.87
☑ 30-count TOP BRAND COFFEE, TEA, CIDER, HOT COCOA and CAPPUCCINO K-Cup Variety Sampler Pack, … $18.95
☑ Keurig My K-Cup Reusable Coffee Filter $5.32

### Customers Who Bought This Item Also Bought

Page 1 of 17

   

30-count TOP BRAND COFFEE, TEA, CIDER, HOT COCOA and CAPPUCCINO K-Cup …
★★★★☆ (77)
$18.95 ✓Prime

Keurig K45 Elite Brewing System, Black
★★★★☆ (574)
$113.99

Keurig My K-Cup Reusable Coffee Filter
★★★☆☆ (3,173)
$5.32 ✓Prime

40-count Flavored Coffee Single Serve Cups For Keurig K cup Brewers Variety Pack Sampler
★★★★☆ (115)
$25.90

### Sponsored Products Related To This Item (What's this?)

9/23/2014 Amazon.com: DecoBros K-cup Storage Drawer Holder for Keurig K-cup Coffee Pods: Kitchen Storage And Organization Product Accessories: …

CASE 0:15-cv-01576-SRN-TNL Document 1-8 Filed 03/23/15 Page 3 of 7


Stylish and Sturdy Single Serve Coffee Storage Drawer for 36 Keurig K-


100ct Angelino's Variety Pack for Keurig K-cup Coffee Brewers, 12


DecoBros Crystal Glass Coffee Storage Drawer Holder for Keurig K-Cup


Konceal - Keurig K-Cup Under the Cabinet Storage Drawer

## Special Offers and Product Promotions

- Save 10% on 3 Tier Storage Drawer Holder for 54 K-Cup Pods when you purchase 1 or more Any DecoBros Products offered by Pretty Star. Here's how (restrictions apply)

  [Add Both To Cart]

- **Buy Used and Save:** Buy a Used "DecoBros K-cup Storage Drawer Holder for Keurig K-…" from Amazon Warehouse Deals and save 46% off the $29.99 list price. Product is eligible for Amazon's 30-day returns policy and Prime or FREE Shipping. See all Used offers from Amazon Warehouse Deals.

- Your cost could be **$0.00 instead of $16.87**! Get the **Amazon.com Store Card** card and you'll **automatically get $40.00** off instantly as a gift card. Learn more.

## Product Details

**Item Weight:** 2 pounds

**Shipping Weight:** 4 pounds (View shipping rates and policies)

**ASIN:** B007R900WA

**Item model number:** KT-001-1

**Average Customer Review:** ★★★★★ (2,539 customer reviews)

**Amazon Best Sellers Rank:** #168 in Kitchen & Dining (See Top 100 in Kitchen & Dining)

    #2 in Kitchen & Dining > Storage & Organization > **Kitchen Storage & Organization Accessories**

    #49 in Home & Kitchen > **Storage & Organization**

Would you like to **give feedback on images** or **tell us about a lower price**? .

## Product Description

The enhanced design to save up to 36 k-cup coffee pods. Easy to slide in and out to get pod you want. Rubber Mat keep your coffee machine safe to put on the top of the drawer, but also absorbs vibrations No additional space to store your favorite coffee Pods. Enjoy your coffee with simple organize.

## Important Information

**Legal Disclaimer**

Keurig® and K-Cup® are registered trademarks of Keurig, Incorporated. Deco Brothers® is registered trademark of Pretty Star Store LLC.

## Customers viewing this page may be interested in these sponsored links (What's this?)

- **New Gevalia Single Serve Cups** — Rich But Never Bitter. Shop For Gevalia Single **Serve Cups** Online! — www.gevalia.com/Single**Serve**
- **Storage** — Clean & Secure **Storage** Units. No Utility Fees. Call us Today! — www.acemini**storage**.com/
- **Folgers K-Cup® Varieties** — Brew A Single **Cup** Of Your Favorite Folgers Gourmet Selections® **Coffee**! — www.folgers**coffee**.com/K-**Cup**

See a problem with these advertisements? Let us know

## Customers Who Viewed This Item Also Viewed


Mind Reader "Anchor" Coffee Pod Storage Drawer for 36 Keurig K-Cup, 42 CBTL …


DecoBros Crystal Glass Coffee Storage Drawer Holder for Keurig K-Cup Pods


Keurig Brewed K-Cup Drawer-Holds 36 K-Cup Packs
★★★★☆ (374)


Ekobrew Keurig K-cup Storage Drawer Coffee Holder for 36 K-cups (Grey)
★★★★☆ (54)


Keurig K-Cup Storage Drawer Coffee Holder for 36 K-Cups
★★★★☆ (619)

9/23/2014    Amazon.com: DecoBros K-cup Storage Drawer Holder for Keurig K-cup Coffee Pods: Kitchen Storage And Organization Product Accessories: …

CASE 0:15-cv-01576-SRN-TNL   Document 1-8   Filed 03/23/15   Page 4 of 7

★★★★☆ (1,173)    ★★★★☆ (954)    $18.99 ✓Prime    $14.99 ✓Prime    $18.99 ✓Prime
$19.99 ✓Prime    $16.99 ✓Prime

## Customer Questions & Answers

See questions and answers

## Customer Reviews

★★★★★ (2,539)
4.8 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 2,140 |
| 4 star | | 325 |
| 3 star | | 50 |
| 2 star | | 13 |
| 1 star | | 11 |

See all 2,539 customer reviews

> My Keurig sits on top and the drawer easily slides in and out.
> Sparkle

> Coffee Storage Drawer Holder 36 K-cup Pods by DecoBros®This drawer fits well under my Keurig and holds the 36 K cups.
> Mystic

> I bought this as a gift and my father just loved it so much I had to by him another one from this company.
> WinniSD

Advertisement 💬

### Most Helpful Customer Reviews

183 of 187 people found the following review helpful
★★★★★ **Holds more than 36!**
By ProudMommy819 on September 19, 2012
Verified Purchase
I'm happy with this purchase. Sturdy enough to hold the Keurig. I also found that if you flip every other K-cup upside down, you will be able to fit more than 36 K-cups in the drawer.

3 Comments  |  Was this review helpful to you?   Yes   No

101 of 107 people found the following review helpful
★★★★★ **Morning coffee**
By Lillie Bertrand on October 2, 2012
Verified Purchase
Morning coffee just got a whole lot easier with this Keurig K-cup organiser. I have been wanting one for months since I saw them in Bed, Bath & Beyond, but got a better price here on Amazon. Made of metal mesh welded/soldered over a metal frame, both the outer shell and the drawer are very sturdy and do not wiggle at all under the weight of the Keurig machine when we use it. Each of the 6 rows holds 6 K-cups with room to spare. We also use the refillable cups- Solo-fill Reusable & Refillable K-cup® for Keurig® Brewers and Ekobrew Cup, Refillable Cup for Keurig K-cup Brewers, Brown, 1-Count - and they fit into the rows just fine, too. There are hard rubber "feet" on the bottom corners to protect your counter tops, and a covering on top to protect the unit and prevent spills from getting into your drawer. I tested this by accidentally spilling water onto it when I was refilling the Keurig, and it just puddled there without seeping through, so I didn't have to scramble to wipe it up right away. It's easy to clean. I put the drawer into the dishwasher (but didn't put it through the heat dry cycle), and

### Customer Images

   

See all customer images

### Most Recent Customer Reviews

★★★★★ **Sturdy and attractive design!**
Very nice product and great addition to the office!
Published 16 hours ago by Tammy

★★★★★ **Kcup storage**
Great product, fast shipping. Well made, perfect space saver.
Published 1 day ago by Ckshopper

★★★★☆ **Great storage tool.**
Nice way to store k-cups. Convenient and just a glance lets you know what you have to choose from. Going to order another for gift giving.
Published 1 day ago by Leslie S. Lovelace

★★★★★ **very well made. holds lots of k-cups, no ...**

9/23/2014 Amazon.com: DecoBros K-cup Storage Drawer Holder for Keurig K-cup Coffee Pods: Kitchen Storage And Organization Product Accessories: …

CASE 0:15-cv-01576-SRN-TNL   Document 1-8   Filed 03/23/15   Page 5 of 7

sprayed the framework with some all-purpose cleaner, rinsed it in the sink, and laid it on a towel to dry.

Seller shipped fast. It arrived 2 days before the estimated delivery date. Packaging was perfect for the item. All in all, I am very pleased with my purchase.

Comment    |    Was this review helpful to you?   [ Yes ]  [ No ]

273 of 302 people found the following review helpful
★★★☆☆ **Good service, good product, poor utility**
By jjshopper on October 15, 2012
**Verified Purchase**
The service from this Amazon supplier was fast and efficient. The product was packaged well. The drawer is well made, operates smoothly, and, in my opinion is good value for the price. HOWEVER, please be aware of two drawbacks: the footprint of the drawer is quite big (cut the dimensions out of newspaper and put on the counter under your coffeemaker to visualize the space you will lose), and, fatally for my needs, the drawer raises the coffeemaker high enough under my (standard) top cabinets that I cannot fully raise the handle to insert the coffee pod. This product will not work if placed under cabinets.

21 Comments    |    Was this review helpful to you?   [ Yes ]  [ No ]

37 of 40 people found the following review helpful
★★★★★ **Sturdy, Stackable, Vibration-Free**
By Mr. Jim on April 29, 2013
**Verified Purchase**
Stacking
I purchased two of these, then went back and bought a third a few weeks later. I have them stacked three high and they feel very stable. They don't shift when opening drawers or pushing gently and don't vibrate at all when operating the coffee maker. They have rubber feet that don't slide on the plastic top of my refrigerator and sink nicely into the foam top of the chassis underneath keeping it secured in place. The top surface seems fairly rigid, as I have not yet noticed any drooping from the weight of the Keurig and Baileys on top.

Contents
I can fit between 6 and 8 K-cups per column depending on the shape of the cup sidewalls and the orientation of the cups (reference customer images).

Operation
My first drawer operates very fluid; I would have guessed it was on rollers, but it's not. My second drawer required a little work; I had to bend the rear upper-framework of the drawer slightly to keep it from rubbing on the ceiling of the chassis. So, drawer number two works rather swell now. My third drawer also operates rather smooth right out of the box with the friction being between that of drawer#1 and corrected drawer#2.
When opened, the drawers are self supporting. The drawer stops opening once all but the rear 1" remains inside the chassis; this leverage keeps the drawer suspended open without any fear of it falling out onto the floor. If needed, you can lift the drawer at an angle and remove it just like any desk drawer can be removed.

Packaging
Don't be alarmed when first receiving the box and seeing 'Glass Drawer' on the top label; the center label should correctly state mesh drawer (reference customer images).
DON'T FORGET to clip the zip-tie on the front before trying to open the drawer. Read more ›



Comment    |    Was this review helpful to you?   [ Yes ]  [ No ]

28 of 32 people found the following review helpful
★★★★☆ **Excellent!**
By Dan Nebhut on March 22, 2013
**Verified Purchase**
Easy action on the drawer, solid construction, andeasy to keep clean. The top is a bit textured and serves well as a spot to keep salt/pepper/etc on the counter top.

A word of caution... This drawer (and all like it I suspect) will not fit under your Keurig and still allow

very well made. holds lots of k-cups, no need to store it in a cabinet and forget where they are! very important in my case since I'm a senior citizen! :-)
Published 1 day ago by Christine H. Wigg

★★★★★ **Space saver!**
We love this thing. Holds a lot and very sturdy.
Published 1 day ago by Jan

★★★★★ **Saves counter space**
Put my new Cuisinart Kcup coffeemaker on top and now I simply pull out the drawer and all my Kcups are right there. Highly recommend.
Published 1 day ago by TNquilter

★★★☆☆ **Three Stars**
EXCELLENT PRODUCT
Published 1 day ago by Maria Mercado

★★★★★ **Five Stars**
Arrived when promised and looked and worked just as described.
Published 1 day ago by Bob in DC

★★★★★ **Five Stars**
Stylish and a huge space saver!
Published 1 day ago by Angela Madison

★★★★★ **Five Stars**
Great!
Published 1 day ago by Cristin Santerre

**Search Customer Reviews**
[                    ]   [ Search ]
☑ Search these reviews only

9/23/2014 Amazon.com: DecoBros K-cup Storage Drawer Holder for Keurig K-cup Coffee Pods: Kitchen Storage And Organization Product Accessories: …

CASE 0:15-cv-01576-SRN-TNL Document 1-8 Filed 03/23/15 Page 6 of 7

enough room for your pod to open far enough to make a new cup of coffee if the machine an drawer are stacked under a standard cabinet overhang. It's not a big deal, since the drawer provides flat "counter space" on it's top, but it is something to keep in mind.

Comment | Was this review helpful to you? [Yes] [No]

34 of 40 people found the following review helpful

★★★★★ **Practical and counter saving - LOVE it!**

By Henry's mom on August 30, 2012

**Verified Purchase**

I have limited counter space, so when I saw this drawer, I thought it would be perfect. It is. We love it. Since my husband and I drink a lot of coffee, the 36-count drawer holds a our coffee machine and (almost) a weeks-worth of K cups. It has a nonskid mat on top, so our Keurig doesn't move. Both fit under our cabinets nicely. I have zero complaints. I love this product!

Comment | Was this review helpful to you? [Yes] [No]

16 of 18 people found the following review helpful

★★★★★ **Coffee Storage drawer**

By Amazon Customer on August 30, 2012

**Verified Purchase**

I wanted a convenient way to store my Keurig cups and found this storage drawer was the perfect choice. The machine easily sits on top of the drawer which makes it very easy to access the K-cup of your choice. The drawer holds plenty of the K-cups and refilling it is easy. I am very pleased with this product.

Comment | Was this review helpful to you? [Yes] [No]

**See all 2,539 customer reviews (newest first)**

[Write a customer review]

**Want to discover more products?** You may find many from **design ideas** shopping list.

## Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ Would you like to **give feedback on images** or **tell us about a lower price**?

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Apps on Amazon | Amazon.com Store Card | Shipping Rates & Policies |

CASE 0:15-cv-01576-SRN-TNL   Document 1-8   Filed 03/23/15   Page 7 of 7