EXHIBIT 9



Peter's Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department | Search Pretty Star | Go | Hello, Peter Your Account | Your Prime | 0 Cart | Wish List

Office & School Supplies | Printers & Ink | Office Electronics | Pens & Writing | School Supplies | Notes & Paper | Office Organization | Shipping & Moving | Deals

Grocery & Gourmet Food › Beverages › Coffee › Single-Serve Pods



Roll over image to zoom in

### DecoBros Coffee Pod Storage Mesh Nespresso Drawer holder for 56 Capsules, Black

by **Deco Brothers**

 87 customer reviews

| 6 answered questions

Price: **$18.87** 

**In Stock.**
Sold by **Pretty Star** and Fulfilled by **Amazon**.

- Holds 56 Nespresso Capsules
- Space saving design to allow most Nespresso Brewers site on it
- Easily sliding drawer to access capsules

Qty: 1 ▼

Add to Cart

or 1-Click Checkout

Buy now with 1-Click®

Order within **7hr 14min** to get it:

| Wed +5.99 | Thu Free |

Ship to: Peter Nikolai- Minneapolis ▼

☐ This is a gift

Add to Wish List

**Sponsored by 3 Squares**

Sherwood Electric Milk Frother With Magnetic D...
(31)
$99.99 **$79.99**

Advertisement

### Customers Who Bought This Item Also Bought
Page 1 of 16



Nespresso Variety Pack Capsules, 50 Count
 (263)
$48.29 

Nespresso Latte Pack Capsules, 50-Count
(54)
$48.29 

Nespresso Capsules the Intense Family Pack, 50-Count
(51)
$48.49 Prime

### Sponsored Products Related To This Item (What's this?)
Page 1 of 8


Nespresso®* Compatible Coffee Capsules $0.49/Nespresso®* Compatible Pod ...
★★★★★ (1)
$29.40


Nespresso®* Compatible Coffee Capsules $0.49/Nespresso®* Compatible Pod ...
★★★★★ (1)
$44.10


60 HiLine Coffee Variety Capsules: Delicious Alternative to Nespresso Ca...
★★★½☆ (19)
$35.00 


200 Nespresso Compatible Lavica Amabile Blend Medium Roast Single Serve ...
$120.00

### Special Offers and Product Promotions

- Your cost could be **$0.00** instead of **$18.87**! Get the **Amazon.com Store Card** card and you'll **automatically get $40.00** off instantly

as a gift card. Learn more.

## Product Information

### Technical Details

| | |
|---|---|
| Brand Name | Deco Brothers |
| Item Weight | 4.6 pounds |
| Product Dimensions | 15.2 x 13.5 x 2.9 inches |
| Item model number | KT-008-1 |
| Color | Mesh Wire - Black |
| Manufacturer Part Number | KT-008-1 |

### Additional Information

| | |
|---|---|
| ASIN | B00GNIBR2I |
| Customer Reviews | 87 reviews<br>4.6 out of 5 stars |
| Best Sellers Rank | #1,390 in Office Products (See top 100)<br>#16 in Home & Kitchen > Kitchen & Dining > Coffee, Tea & Espresso > Coffee & Tea > Coffee > Single-Serve Pods |
| Shipping Weight | 4.6 pounds (View shipping rates and policies) |
| Date First Available | April 19, 2013 |

### Feedback

Would you like to update product info, give feedback on images, or tell us about a lower price?

## Customers Who Viewed This Item Also Viewed

    

| Mind Reader "Anchor"Coffee Pod Storage Drawer for 50 Nespresso Capsules, … | DecoBros Crystal Glass Wood Nespresso Storage Drawer Holder for Capsules | Nifty Nespresso Capsule Drawer - Holds 60 Nespresso Capsules | Nifty Nespresso Capsule Drawer - Holds 40 Nespresso Capsules | Mind Reader "Free Fall" Coffee Pod Dispenser For 42 Nespresso Capsules, Black |
|---|---|---|---|---|
| (1,173) | (348) | (114) | (67) | (41) |
| $19.99 Prime | $19.97 Prime | $26.99 Prime | $22.49 Prime | $19.99 Prime |

## Product Description

DecoBros High Quality Nespresso Storage helps to store your capsules easily

## Customers viewing this page may be interested in these sponsored links (What's this?)

- **Nespresso® Official Site**    - Enjoy New Product Markdowns & Save Up To $100. Buy Today!    www.**nespresso**.com/

- **Coffee Pods for Nespresso**    - Only $0.39 Per **Capsule**. Premium **Coffee**. Free Shipping!    www.hiline**coffee**.com/**Pods**-for-**Nespresso**

- **Storage**    - Clean & Secure **Storage** Units. No Utility Fees. Call us Today!    www.acemini**storage**.com/

See a problem with these advertisements? Let us know

## Customer Questions & Answers

See questions and answers

## Customer Reviews

★★★★½ (87)
4.6 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 60 |
| 4 star | | 21 |
| 3 star | | 5 |
| 2 star | | 1 |
| 1 star | | 0 |

See all 87 customer reviews

> The drawer opens and closes easily.
> — Anita

> The drawer is sturdy and slides in and out easily.
> — Sudds

> It has a great design and good quality.
> — Y Liu



DecoBros Coffee Pod Storage Mesh Nespresso Drawer holder for 56... $18.87

Dixie Perfectouch Paper Cups and Lids $27.99

Price For Both: $46.86

Advertisement

### Most Helpful Customer Reviews

6 of 6 people found the following review helpful

★★★★★ **Good choice**
By **GABRIEL** on May 25, 2014
Verified Purchase

We used to store our capsules in the boxes they come into, or in a jar we kept close to the nespresso. What made us choose the DecoBros holder was the fact that we could put our Nespresso (a Citiz black) on top of it.
The machine fits nicely on top, and there's space left to also hold a sugar jar. Our kitchen counter didn't get cluttered, and we have our capsules conveniently stored and organized by coffee. We cut the coffee names from the capsule boxes and stored them close to capsules in the drawer, so we know what coffee we're getting.

Comment | Was this review helpful to you? [Yes] [No]

4 of 4 people found the following review helpful

★★★★★ **Space saving, easy storage**
By **coffee aficionado** on July 21, 2014
Verified Purchase

Great storage for pods. Has a thin plastic backed felt lining in drawer to hold individual pods. My Nespresso Latissima plus rests firmly on this storage drawer. Great kitchen space saver. Reviews said difficult to access pods in back of drawer. I have no issue accessing pods and do not understand this point written in other reviews.

We have the pod carousel as well for add'l pods, which is also nice, but takes up cabinet space. We first tried the rectangular stacker and it was such a pain to load individual pods. You had to press down on a tab to load each pod.

We recommend the DecoBros Drawer for easy storage and space saving purposes. Can easily fit with any decor.

Comment | Was this review helpful to you? [Yes] [No]

2 of 2 people found the following review helpful

★★★★★ **Great Buy**
By **Candie** on June 4, 2014
Verified Purchase

Got my pod holder and I love it! I was even nicely surprised to find that the inside of the drawer is a black plush material adds a bit of elegance and fanciness to it. My Nespresso machine fits great on top with enough room for our travel cups and creamers. Yay! super cool pod drawer :-)

Comment | Was this review helpful to you? [Yes] [No]

2 of 2 people found the following review helpful

★★★★★ **Nice and solid - Good Price**
By **Anita** on June 9, 2014

### Customer Images



### Most Recent Customer Reviews

★★★★★ **Five Stars**
Love it !!!!!
Published 7 hours ago by virginia

★★★★★ **Worth buying**
Classy looking
Published 19 hours ago by Hazel E.

★★★★☆ **Perfect fit for the capsules**
Drawer does what it's supposed to. Perfect fit for the capsules, holds the Nespresso machine just fine.
Published 1 day ago by Lingospot

★★★★★ **Nespresso success !**
I absolutely love this product! It fit my small area perfectly & holds the nespresso pods perfectly ! Great price too!
Published 1 day ago by Lilbee1125

★★★★☆ **Four Stars**
Works great
Published 3 days ago by Jaime Green

★★★★☆ **Great companion for my pixie bundle~**
Sleek looking and hold a decent amount of pods. The one missing star is for the material - don't get me wrong this is a solid quality for the buck but I wish it could be a little... Read more
Published 6 days ago by azuki

★★★★☆ **Coffee Corner Solution**
Exactly what I was looking for! It fits perfectly in my "coffee corner". The only thing I am not too keen on is the fact each row only holds 8 pods and a sleeve comes in... Read more

Verified Purchase

This feels solid and the metal looks nice. The drawer opens and closes easily. Good value for the money. Note: the whole unit is not meant to be moved around, as the contents can shift and become disorganized. That is fine for us, as the item stays in one spot.

Comment | Was this review helpful to you? [ Yes ] [ No ]

2 of 2 people found the following review helpful

★★★★★ **Great purchase!**

By Y Liu on June 17, 2014

Verified Purchase

It has a great design and good quality. The metal looks really nice and the drawer opens very easily. The lining of the drawer keeps the pods in place. I would highly recommend this product!

Comment | Was this review helpful to you? [ Yes ] [ No ]

2 of 2 people found the following review helpful

★★★★★ **essential addition**

By M. Gentry on June 1, 2014

Verified Purchase

Well made, sturdy, attractive, functional and inexpensive. What more could anyone ask. I recommend it for all nespresso users, without reservation.

Comment | Was this review helpful to you? [ Yes ] [ No ]

2 of 2 people found the following review helpful

★★★★★ **Great way to store the capsules**

By Joanne Saltman on June 4, 2014

Verified Purchase

This drawer holds a lot of capsules and fits nicely on the counter. The Nespresso machine fits on top with room for espresso cups and saucers

Comment | Was this review helpful to you? [ Yes ] [ No ]

1 of 1 people found the following review helpful

★★★☆☆ **8 pods per "row"**

By Damen Hattori on August 13, 2014

Verified Purchase

Nice design.

The insert works nicely to space and organize the pods neatly.

My big complaint is that it doesn't hold an entire Nespresso sleeve worth of pods in a single row (or column, depending on how much Excel you use). It is 8 deep instead of the standard size 10, so I end up with leftover pods that have no home. I knew this would be the case when I ordered this drawer, but I didn't think it would bother me. Sadly, it does.

Comment | Was this review helpful to you? [ Yes ] [ No ]

**See all 87 customer reviews (newest first)**

[ Write a customer review ]

Published 8 days ago by TXGAL

★★★★★ **DecoBros Coffee Pod Storage Mesh Nespresso Drawer holder for 56...**

Beautiful Pod storage unit. Exactly what I needed.

Published 8 days ago by V. Koenig

★★★★★ **Five Stars**

Perfect.

Published 8 days ago by nada

★★★★★ **Five Stars**

Good Deal. Perfect to store the variety of capsules.

Published 8 days ago by Wei-Yuan Jar

**Search Customer Reviews**

[🔍          ] [ Search ]

☑ Search these reviews only

---

### Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

### Your Recently Viewed Items and Featured Recommendations



| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Apps on Amazon | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Become an Affiliate | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Advertise Your Products | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | Independently Publish with Us | Amazon Currency Converter | Manage Your Content and Devices |
| Fire TV – Amazon's Media Player | › See all | | Help |

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City |
| AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home |
| ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates