EXHIBIT 10



Grocery & Gourmet Food › Beverages › Coffee › Single-Serve Cups



### Keurig Vue Cup Storage Drawer Holder for 25 Vue Pods Packs by DecoBros®

by **Deco Brothers**

528 customer reviews | 9 answered questions

List Price: ~~$29.99~~
Price: **$18.87** ✓Prime
You Save: $11.12 (37%)

**In Stock.**
Sold by Pretty Star and Fulfilled by Amazon.

- Holder for 25 Vue Pods Drawer (5 Rows X 5 Cols)
- Sliding drawer
- Stackable for multiple drawers, Space saving design
- Easy to Clean, Rubber Mat absorbs vibrations
- Dimensions - 13-1/4-inch lenth by 12-1/2-inch width by 3.125 height

Roll over image to zoom in



**Share** ✉ f 🐦 P

Qty: 1 ▼

[ Add to Cart ]

or 1-Click Checkout

[ Buy now with 1-Click® ]

Order within **7hr 12min** to get it:
Wed +5.99 | Thu Free

Ship to:
Peter Nikolai- Minneapolis ▼

☐ This is a gift

[ Add to Wish List ]

[ Add to Wedding Registry ]

**Sponsored by nutribody**



Caralluma Fimbriata - 120 Caps - 60 Days 1000mg
★★★★☆ (23)
$18.95

Advertisement

### Frequently Bought Together



Price for all three: **$66.85**

[ Add all three to Cart ] [ Add all three to Wish List ]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** Keurig Vue Cup Storage Drawer Holder for 25 Vue Pods Packs by DecoBros® $18.87
☑ 30 Count - VUE Cups ALL COFFEE Variety Sampler Pack *NO DECAF (14 Different Flavors!) $27.99 ($9.33 / 10 Items)
☑ K2V-Cup for Keurig VUE Brewers $19.99

### Customers Who Bought This Item Also Bought

Page 1 of 16

 

‹    ›

**30 Count - VUE Cups ALL COFFEE Variety Sampler Pack *NO DECAF (14 Different …**
★★★★☆ (10)
$27.99 ✓Prime

**Keurig 2700 Keurig® Vue® V700 Single serve coffee system, 1, Black / silver**
★★★☆☆ (411)
$149.00

**K2V-Cup For Keurig VUE *UPGRADED***
★★★★☆ (317)
$19.99

**K2V-Cup for Keurig VUE Brewers**
★★★★☆ (658)
$19.99

### Sponsored Products Related To This Item (What's this?)

Page 1 of 8


   


Barrie House Organic & Fair Trade Certified Sumatra Kopi Gr-1 Single Cup... (54) $20.64

100% Hawaii Kona Makapueo Farm 12 ct. FRC Cups for Keurig K-Cup Brewers,... (31) $22.95

50ct Angelino's Variety Pack for Keurig K-cup Coffee Brewers, 12 Assorte... (70) $25.95 Prime

Ekobrew Cup, Refillable Cup for Keurig K-Cup Brewers, Brown/Green, 2-Count (6,685) $10.00 Prime

## Special Offers and Product Promotions

- Save 10% on **3 Tier Storage Drawer Holder for 54 K-Cup Pods** when you purchase 1 or more Any DecoBros Products offered by Pretty Star. Here's how (restrictions apply)

  [Add Both To Cart]

- Your cost could be **$0.00 instead of $18.87**! Get the **Amazon.com Store Card** card and you'll **automatically get $40.00** off instantly as a gift card. Learn more.

## Product Details

**Product Dimensions:** 13.5 x 3.2 x 13.3 inches

**Shipping Weight:** 4.4 pounds (View shipping rates and policies)

**ASIN:** B008AF63XK

**Item model number:** KT-AC-003

**Average Customer Review:** ★★★★★ (528 customer reviews)

**Amazon Best Sellers Rank:** #5,370 in Kitchen & Dining (See Top 100 in Kitchen & Dining)

Would you like to **give feedback on images** or **tell us about a lower price**? .

## Product Description

The new design to save up to 25 Vue-cup coffee pods. Easy to slide in and out to get pod you want.
Rubber Mat keep your coffee machine safe to put on the top of the drawer, but also absorbs vibrations
No additional space to store your favorite coffee Pods. Enjoy your coffee with simple organize.

## Customers viewing this page may be interested in these sponsored links (What's this?)

- **Keurig Vue Cup Deals** — Free Shipping on All US Orders 15% Off With Code: ANEWBREW    www.javafly.com/
- **Storage** — Clean & Secure **Storage** Units. No Utility Fees. Call us Today!    www.acemini**storage**.com/
- **Minikahda Ministorage** — Secure, Quality **Storage** 6 convenient Twin Cities locations    www.minikahda.com/

See a problem with these advertisements? Let us know

## Customers Who Viewed This Item Also Viewed

    

K2V-Cup For Keurig VUE *UPGRADED* (317) $19.99

K2V-Cup for Keurig VUE Brewers (658) $19.99

30 Count - VUE Cups ALL COFFEE Variety Sampler Pack *NO DECAF (14 Different … (10) $27.99 Prime

Keurig Vue V-Cup Coffee Storage Drawer for 20 Cups (57) $25.13 Prime

Keurig Under Brewer Storage Drawer (4) $25.00 Prime

## Customer Questions & Answers

See questions and answers

## Customer Reviews

★★★★★ (528)
4.8 out of 5 stars

| | | |
|---|---|---|
| 5 star | ▬▬▬▬▬▬▬ | 434 |
| 4 star | ▬ | 80 |
| 3 star | ▪ | 13 |
| 2 star | | 1 |
| 1 star | | 0 |

See all 528 customer reviews

> My Vue machine fits perfectly on top of this storage drawer.
> — Jason S Marsala

> All of my different Vue cups fit great, even the Vue cups, which are larger, for the travel mug size.
> — valdor

> I love my product it fits nicely under my new Keurig VUE machine.
> — Dash

Shop KRAFT Macaroni & Cheese Boxes
Shop now ▶
Advertisement

## Most Helpful Customer Reviews

### Customer Images



37 of 41 people found the following review helpful

★★★★☆ **Large enough to hold the brewer!**
By Travels A LOT on October 29, 2012
Verified Purchase

Sturdy, wish it held more. I do not have cabinets over my brewer, so I have ordered a 2nd one to stack.

Adding to this review, there are 2 versions available though Amazon, my 2nd one has arrived. The one in THIS review (25 cup) has straight rails inside the drawer to hold the cups in alignment. The other one (20 cup) has spots on the rails (wavy design) to hold the cups in line and in place, rails take up more space in the drawer. The 20 cup doesn't work so well on the taller cups (travel brew size) also makes it a bit difficult to get the taller cups in and out of the back part of the drawer. So, both work as advertised, which one will work better for your needs would depend on your use case. Some reviewers have stated the need to put the drawer on it's side to fit with their kitchen set up, the one with the bent rails (20 cup) will Not help with that, the cups won't go in upside down.

This straight railed version, seems to be built a bit more sturdy.

2 Comments | Was this review helpful to you? [ Yes ] [ No ]

29 of 32 people found the following review helpful

★★★★★ **Great accessory for my Vue**
By C. Moy on December 1, 2012
Verified Purchase

This is a great way to store your Vue cups. I love the fact that it will even accommodate the taller travel mug pods. I choose this over the carousel pod holder made by Keurig as I am not interested in having my kitchen look like a snack bar in some student lounge. I wanted to keep the pods near the machine but not have them out on display. The drawer is very well built I keep it under my VUE and it does not bow or bend in any way. The drawer slides easily and catches at the end so you don't mistakenly pull it too far out and have the drawer drop and pods fly everywhere. This is better than the option offered by Keurig, and a far better value in price. I highly recommend this to anyone with a VUE machine, and would buy it again.

Be warned though it seems many reviewers are buying this and with the intentions of placing it underneath their machines but forgetting to measure the height between their cabinets and the top of the VUE brewer before ordering. Really remember to check to make sure your brewer will still fit

## Most Recent Customer Reviews

★★★★★ **Neat and Functional**
We have four Keurig Vue machines, one in each of the vacation rental spaces we offer. This storage system has a much less obvious footprint - it is much more discrete and takes up... Read more
Published 1 day ago by IthacaNancy

★★★★★ **Holds Vue cups nicely**
The box says it's a K-cup holder but the VUE cups will fit in just fine. If you start loading from the back and overlap the edge of the cup over the bump out, you can get an extra... Read more
Published 2 days ago by Alison

★★★★☆ **Four Stars**
Love it
Published 2 days ago by NowRebecca

★★★★★ **greatest thing since sliced bread**
get this! get this now!! greatest thing since sliced bread....my keurig sits right on top, non-skid surface. drawer pulls right out, pick what you want and slide it back. Read more
Published 2 days ago by Juju

★★★★★ **Five Stars**
nice
Published 5 days ago by Roger Mahler

underneath the cabinets with this drawer under it. One of the average review is because of this, the other is silly as it complains about the capacity being 25 when it clearly states it holds 25.

If you find that you do not have enough room it would be easy to get some hardware from your local big box store and mount it underneath the cabinet. If thinking about this route please check the depth of your cabinets vs the depth of this drawer.

Comment | Was this review helpful to you? [Yes] [No]

**11 of 13 people found the following review helpful**

★★★★★ **Diane Ashmore**

By Dash on October 1, 2012

Verified Purchase

I love my product it fits nicely under my new Keurig VUE machine. All my coffee is within easy reach.

Comment | Was this review helpful to you? [Yes] [No]

**5 of 5 people found the following review helpful**

★★★★★ **As pictured**

By Danimara on October 15, 2012

Verified Purchase

Great space saving addition to my kitchen for the keurig coffee maker because I can put the Vue right on top of the drawer

Comment | Was this review helpful to you? [Yes] [No]

**12 of 15 people found the following review helpful**

★★★★★ **holds travel sizes too**

By M. Arnold on October 8, 2012

Verified Purchase

Great storage for my Vue pods. My machine sits on top, I can hold all the pods, regular, iced, and travel mug pods in one spot.

Comment | Was this review helpful to you? [Yes] [No]

**2 of 2 people found the following review helpful**

★★★☆☆ **Holds Vue pods, but too big!**

By Luan Bennett on May 18, 2014

Verified Purchase

This drawer does for what it is designed--holds the larger size Vue cups for Keurig Vue. Howver, with my cabinetry, the Keurig sits too high on the drawer and you cannot drop a pod in the maker until you slide it off the drawer. I moved it in my kitchen and it now holds Vue cups plus my kitchen radio/CD player. Actually wasted my money and it is my fault I did not measure.

Comment | Was this review helpful to you? [Yes] [No]

**2 of 2 people found the following review helpful**

★★★★★ **Perfect storage!**

By valdor on November 5, 2012

Verified Purchase

I received the Vue cup drawer and was pleased to find it so well made. The price was fantastic for the quality. All of my different Vue cups fit great, even the Vue cups, which are larger, for the travel mug size. The top of the storage drawer is a rubber-type material which helps to cushion the coffee maker and helps with easy cleanup. The only thing that might have made this better would have been to have rollers on the bottom. The addition of the extra height made my coffee maker taller and I have to pull it out from under the cabinet. Still, even with that, I am very happy I purchased it!

Comment | Was this review helpful to you? [Yes] [No]

**2 of 2 people found the following review helpful**

★★★★★ **vue cup drawer holder**

By Amazon Customer on September 30, 2012

Verified Purchase

Product was exactly as described and works perfect. The drawers are stackable and I plan to order another one later. Delivery was quick and problem free.

Comment | Was this review helpful to you? [Yes] [No]

[See all 528 customer reviews (newest first)](#)

---

★★★★★ **good quality**

very nice

Published 7 days ago by casudee

★★★★★ **Love it**

Awesome- I love it. Wish it held more!

Published 8 days ago by Jennifer L. Monaco

★★★★★ **Five Stars**

very good quality...like it..can sit pot on it..which makes taking up less space on counter.

Published 8 days ago by Kindle Customer

★★★★★ **Arrived in good shape. Vue cups fit nicely in it**

Works as advertised. Arrived in good shape. Vue cups fit nicely in it. It does have a tendency to get junk piled in front of it. Can't really blame that on the manufacturer though.

Published 13 days ago by Sean Proctor

★★★★☆ **I like it**

Very good serves purpose and would recommend it to our friends

Published 14 days ago by Tom Watson

**Search Customer Reviews**

[🔍               ] [Search]

☑ Search these reviews only

Write a customer review

# Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ Would you like to **give feedback on images** or **tell us about a lower price**?

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Apps on Amazon | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Become an Affiliate | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Advertise Your Products | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | Independently Publish with Us | Amazon Currency Converter | Manage Your Content and Devices |
| Fire TV – Amazon's Media Player | › See all | | Help |

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City |
| AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home |
| ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates