# EXHIBIT 11



Home & Kitchen › Kitchen & Dining › Small Appliance Parts & Accessories › Coffee & Espresso Machine Parts & Accessories › Coffee Machine Accessories



Click to open expanded view

### T-Disc Storage Drawer Holder for 54 Packs by DecoBros®

by **Deco Brothers**

★★★★★   163 customer reviews | 4 answered questions

List Price: ~~$29.99~~
Price: **$19.99** ✓Prime
You Save: $10.00 (33%)

**In Stock.**
Sold by DecoBros Direct and Fulfilled by Amazon. Gift-wrap available.

- Hold Up to 56 T-Disc
- Sliding drawer
- Space saving design
- Easy to Clean, Rubber Mat absorbs vibrations
- Product Dimension: 14.2 X 11.3 X 3.8 Inches



Share ✉ f 🐦 📌

Qty: 1 ▾

🛒 **Add to Cart**

or 1-Click Checkout

👆 **Buy now with 1-Click®**

Order within **5hr 38min** to get it:
| Tue +5.99 | Wed Free |

Ship to: Peter Nikolai- Minneapolis ▾

☐ This is a gift

Add to Wish List ⇅
Add to Wedding Registry

Have one to sell?   Sell on Amazon

---

**Sponsored by Zak Designs**



Zak Designs Insulated Ice Cream Container, 1-pint
★★★★☆ (168)
~~$14.99~~ $12.20

Ad feedback 💬

---

### Frequently Bought Together



Price for all three: **$41.98**

**Add all three to Cart**
**Add all three to Wish List**
Show availability and shipping details

☑ This item: T-Disc Storage Drawer Holder for 54 Packs by DecoBros® $19.99
☑ Tassimo Gevalia Cappuccino, 8 Servings, 16 Count T-Discs, (8 Espresso (2.22 oz) + 8 Milk Creamers (12.5 … $11.99 ($0.75 / Count)
☑ Tassimo King of Joe Dark Roast, 16-Count , 4.45 Oz $10.00 ($0.63 / Count)

---

### Customers Who Bought This Item Also Bought

Page 1 of 16

         

| Tassimo Gevalia Cappuccino, 8 Servings, 16 Count T-Discs, (8 Espresso (2.22 oz) + 8… | Tassimo King of Joe Dark Roast, 16-Count , 4.45 Oz | Nifty Home Products Coffee T Disc Carousel | Tassimo Corner Coffeehouse Sweet Latte, Caramel, 16-Count (8 Coffee + 8 Creamer) |
|---|---|---|---|
| ★★★★☆ 91 | ★★★★☆ 208 | ★★★★★ 87 | ★★★★☆ 105 |
| $11.99 ✓Prime | $10.00 ✓Prime | $16.99 ✓Prime | $11.83 ✓Prime |

### Special Offers and Product Promotions

- Get **$100 to spend at Amazon.com\*** after you get the Discover it card and spend $500 in purchases during the first 3 months your account is open (allow 6-8 weeks to receive your digital gift card). Learn more.\*

## Product Description

The new design to save up to 56 T-Disc coffee pods. Easy to slide in and out to get pod you want.
Rubber Mat keep your coffee machine safe to put on the top of the drawer, but also absorbs vibrations
No additional space to store your favorite coffee Pods. Enjoy your coffee with simple organize.

## Product Details

**Shipping Weight:** 4.1 pounds (View shipping rates and policies)
**ASIN:** B008AFNUTU
**Item model number:** KT-003-1
**Average Customer Review:** ★★★★★ (163 customer reviews)
**Amazon Best Sellers Rank:** #14,274 in Kitchen & Dining (See Top 100 in Kitchen & Dining)
**Product Warranty:** For warranty information about this product, please click here

Would you like to **give feedback on images** or **tell us about a lower price**?

## Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

**Product Ads from External Websites** (What's this?)     Sponsored Content     Page 1 of 5


Herb Preserve World's Best Stash Jar: Mary Jane Half Ounce 420 S...
$34.00
+ $8.00 Est. shipping
Herb Preserve


Coffee Pod Display Rack - 50 Capacity
★★★★½ (173)
$19.99
+ $5.00 Est. shipping
QVC


Herb Preserve World's Best Stash Jar: White Widow Nug Stash Jar....
★★★★★ (1)
$15.00
+ $5.00 Est. shipping
Herb Preserve


Keurig Vue Carousel
$29.99
+ $6.95 Est. shipping
Keurig, Inc.



Ad feedback

## Customer Questions & Answers

See questions and answers

CASE 0:15-cv-01576-SRN-FNL   Document 1-11   Filed 03/23/15   Page 4 of 6

## Customer Reviews

★★★★★ (163)
4.9 out of 5 stars

5 star
4 star
3 star
2 star
1 star

> Really nice product --- works well and looks great !
> — alex

> My Tassimo sits on top and the T-discs fit nicely in the drawer below.
> — FLW2

> I like that the top is made of a non slip surface also.
> — Ryan M

See all 163 customer reviews ▸

### Most Helpful Customer Reviews

**11 of 11 people found the following review helpful**
★★★★★ **Works perfect!**
By Ddandmm on November 13, 2012
Verified Purchase
It is perfect for sitting my Tasimo on. I don't hit the top of my upper cabinet and I now free up my drawer and cabinet space that had been holding my t-discs!

Comment　|　Was this review helpful to you?　Yes　No

**9 of 9 people found the following review helpful**
★★★★★ **Awesome Accessory!**
By M. Ross on April 1, 2013
Verified Purchase
I love this drawer organizer! The T-Discs fit very well into each spot. I can fit 2 of the normal sized discs in one spot. The bigger ones (milk for latte's) get a spot of their own due to the size. I have no problems finding what I need in the morning. The item itself is durable - good quality! The drawer slides out easily and doesn't get stuck. The top of the holder has a nice, soft padding. I put my Tassimo machine on the top of it. It's a cute, organized solution for my smaller sized kitchen! I am happy with the purchase and would recommend to anyone!

Comment　|　Was this review helpful to you?　Yes　No

**7 of 7 people found the following review helpful**
★★★★★ **Just what I was looking for.**
By AcidicSoda on April 16, 2013
Verified Purchase
This was exactly what I thought it was going to be. It's a little longer than I expected because I didn't pay attention to the size. Non issue though. I keep all my TDisc in it and have my Tassimo on top. The top part of this organizer is like a soft foamy top which makes it slip prof. There is definitely room to put a creamer and sugar supply or whatever you may want to put with it. Holds about 27 TDisc without doubling them per slot. The site says 50 something but I you count there are only 9 spots per row and 3 rows. I guess if you have espresso you can fit more. Also if you have a milk tdisco for cappuccino it will still fit. Definitely worth having.

Comment　|　Was this review helpful to you?　Yes　No

**6 of 6 people found the following review helpful**
★★★★★ **Sturdy spacesaver**
By anonymous on April 1, 2013
Excellent well designed product. Sturdy, holds the fat milks as will as the smaller codes and opens and closes easily.

Comment　|　Was this review helpful to you?　Yes　No

**4 of 4 people found the following review helpful**
★★★★★ **THE Accessory to Buy for Your Tassimo Coffee Maker…**
By D. Grieco Jr. on August 27, 2013
Verified Purchase
I won't waste your time... it's a stand for the coffee maker with a drawer that holds T-Discs. The drawer action is smooth, it holds a lot of T-Discs and positions them so you can see them easily. Each spot in the drawer can hold either 2 regular thickness discs, or 1 double thick disc (cappuccino / latte milk disc). For the price, it's a no-brainer and it's better than throwing the coffee pods in a nearby kitchen drawer.

Comment　|　Was this review helpful to you?　Yes　No


If you saved up to $423 on car insurance, what would you buy? WATCH NOW ▸
Liberty Mutual INSURANCE

### Most Recent Customer Reviews

★★★★★ **Perfect! I love it**
Perfect! I love it. It really frees up a lot of room and puts everything at your fingertips. Well made. I would recommend.
Published 1 day ago by Cheryl

★★★★★ **Great!**
Sent as a present to my sister-in-law for Christmas. She loves it!
Published 1 day ago by M. Shannon

★★★★★ **Works as intended**
Great T-disc storage. My Tassimo brewer sits on top and there is still space under the cabinet. Smaller discs fit 2 to a slot and 1 of the larger milk discs can fit in a slot.　Read more
Published 2 days ago by TXGyrlAlly

★★★★★ **very nice.**
Practice, very nice.
Published 3 days ago by Mat

★★★★★ **Five Stars**
My 2nd one.
Published 3 days ago by ralph carpenter

★★★★★ **Five Stars**
Fits nicely under my Tassimo. Just what I needed!
Published 7 days ago by Rosemary F. Sterling

★★★★★ **I could not imagine a better product out there that would serve a…**
This item is outstanding. It is well constructed. It holds t-discs perfectly (two in one slot) and it is very reasonably priced.　Read more
Published 7 days ago by PNND

★★★★★ **fits everything nicely and looks good at the same time**
Well made, fits everything nicely and looks good at the same time.
Published 7 days ago by A-Rich

★★★★★ **Neat T-Disc holder**
This T - Disc holder is well made, the drawer slides easily, and it looks very neat on the kitchen counter. Now the coffeemaker sits top.　Read more
Published 11 days ago by Irie

★★★☆☆ **Its a great product. The only reason I couldn't give it …**
Its a great product. The only reason I couldn't give it 5 stars is because the tray came in somewhat

3/23/2015
Amazon.com: DECOBROS(R) Storage Drawer Holder for 54 Packs T-Disc by TechBros(R): Home & Kitchen
CASE 0:15-cv-01576-SRN-FNL   Document 1-11   Filed 03/23/15   Page 5 of 6

4 of 4 people found the following review helpful

 **T-Disc Holder**

By **cracker** on December 30, 2012

**Verified Purchase**

The drawer has lots of room, but it could be slightly taller for the T-Discs(sometimes the T-Disc lip keeps the drawer from closing), Overall, very happy with purchase.

Comment | Was this review helpful to you? [Yes] [No]

4 of 4 people found the following review helpful

 **great drawer**

By **jen** on December 8, 2012

**Verified Purchase**

I love this t-disc drawer. It's sturdy and my coffee maker fits nicely on top and it doesn't wobble or move when you use the coffee maker.

Comment | Was this review helpful to you? [Yes] [No]

4 of 4 people found the following review helpful

 **T-disc holder**

By **Amazon Customer** on November 26, 2012

**Verified Purchase**

Great holder. Would be really great if dividers would hold a milk and espresso together. But, for the price, its great and well built.

3 Comments | Was this review helpful to you? [Yes] [No]

See all 163 customer reviews (newest first) ▸

[Write a customer review]

warped where it wouldn't sit flush. Read more

Published 12 days ago by Joey N.

**Search Customer Reviews**

[              ] [Search]

☑ Search these reviews only

---

## Customers viewing this page may be interested in these sponsored links (What's this?)

- **IKEA® Storage** ⧉ — Make Room For The Year Ahead Find Storage Solutions From IKEA — www.ikea.com/US/LivingRoom

- **Tassimo T Discs** ⧉ — Free Shipping On Orders Over $45. Over 1,000,000 Orders Shipped. — www.coffeeforless.com/Tassimo

- **Seriously Organized** ⧉ — Largest Professional Organizing Company in the Twin Cities! — www.seriouslyorganized.com/

See a problem with these advertisements? Let us know

## Customers Who Viewed This Item Also Viewed



**Simple Solutions T-disc Holder Drawer**
★★★★☆ 9
$13.75 ✓Prime



**Nifty Home Products Coffee T Disc Carousel**
★★★★★ 87
$16.99 ✓Prime



**Nifty Single T-Disc Drawer**
★★★★☆ 50
$26.99 ✓Prime



**Mind Reader "Anchor"Coffee Pod Storage Drawer for 20 Keurig Vue Packs/48…**
★★★★☆ 2,107
$19.99 ✓Prime



**20 TASSIMO® T-Disc Variety Sampler! 20 unique varieties! Tim Horton's, kenco, Tea…**
★★★★☆ 9
$28.50



**Bosch Tassimo T55 Beverage System and Coffee Brewer with Pack of T Discs**

★★★★½ 27
$131.00

## Your Recently Viewed Items and Featured Recommendations



Loading...

Ad feedback 

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Services on Amazon | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Sell Your Apps on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Amazon and Our Planet | Become an Affiliate | Shop with Points | Returns & Replacements |
| Amazon in the Community | Advertise Your Products | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Devices | Self-Publish with Us | Amazon Currency Converter | Help |
|  | › See all |  |  |

AMAZON.COM

Australia    Brazil    Canada    China    France    Germany    India    Italy    Japan    Mexico    Netherlands    Spain    United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City |
| AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics |
| CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools |
| Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2015, Amazon.com, Inc. or its affiliates